ACCEPTED
01-14-00513-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 3:09:01 PM
CHRISTOPHER PRINE
CLERK

## Nos. 01-14-00513-CR & 01-14-00514-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 3:09:01 PM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

**Nos. 1330898 & 1330899**
In the 351st District Court
Of Harris County, Texas

———————◆———————

**AARON CHARLES BURTON**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for evading arrest with a motor vehicle and possession of a motor vehicle. (1 CR 8; 2 CR 8)[1]. Both indictments alleged two prior felony convictions, with one having been committed after the other became final. (1 CR 8; 2 CR 8). The appellant pleaded not guilty to both charges. (3 RR 3-4). A jury found him guilty as charged. (1 CR 87-88; 2 CR 84, 88). The appellant pleaded true to all the enhancement allegations and the trial court assessed his punishment in both cases at thirty years' confinement, with the sentences to run concurrently. (1 CR 88, 2 CR 88). The appellant filed a timely notice of appeal for both cases. (1 CR 91; 2 CR 91). The records do not contain trial court certifications of the appellant's right of appeal.

2. The State's brief was due on December 29, 2014. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's first request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

---

[1] For ease of citation, the State will refer to the clerk's records in these as though they were sequentially-numbered volumes. Thus, the record for 01-14-00513-CR (the evading case) will be 1 CR, and the record for 01-14-00514-CR (the possession case) will be 2 CR. Also, the State notes that the clerk failed to paginate the record for the evading case. For 1 CR, the State will use the PDF page numbers.

a. This case was assigned to the undersigned attorney on November 21, 2014. Since then, the undersigned attorney has worked on the following appellate cases:

1. John Joseph Priest
   No. 14-14-00159-CR
   Brief filed December 2, 2014

2. Richard Charles Riette
   No. 01-14-00203-CR
   Brief filed December 5, 2014

3. Rodney Wayne Allen
   No. 14-13-01030-CR
   Oral argument held December 9, 2014
   Post-submission brief filed December 19, 2014

4. Shane Allen Mikel
   No. 01-14-00277-CR
   Brief filed December 31, 2014

b. In addition to these cases (and this case), the undersigned attorney presently has assigned to him five other cases with active deadlines. This workload is common in the appellate section of the Harris County District Attorney's office, thus offloading this work to others is not a realistic option.

c. The undersigned attorney took off the week of December 22-26 for Christmas celebrations and to plan and attend a memorial service for a family member.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

## CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Tony Aninao
taninao@hotmail.com


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: December 31, 2014